**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

VICTORIA CORREA,
individually and on behalf of all those similarly situated,

Plaintiff,

vs.

**FASHION NOVA, LLC.**

Defendant.

Case No.: 0:26-cv-60960-DMM

**CLASS ACTION COMPLAINT**

**JURY DEMAND**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, VICTORIA CORREA, individually and on behalf of all those similarly situated, by and through its undersigned counsel, and pursuant to *Rule 41(a)(1), Fed.R.Civ.P.*, hereby voluntarily dismiss Defendant, **FASHION NOVA, LLC.** from this action without Prejudice.

Dated: May 28, 2026

Respectfully Submitted,

*/s/ Joseph Varona, Esq.*

Joseph Varona, Esq.
Florida Bar No: 119812
E-mail: jv@plglawyersfl.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027
Phone: 305-506-4746

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28 day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Joseph A. Varona, Esq.*

Joseph A. Varona, Esq.
Florida Bar No: 119812