**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| VICTORIA CORREA,<br>individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**FASHION NOVA, LLC.**<br><br>Defendant. | Case No.: 0:26-cv-60960-DMM<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, VICTORIA CORREA, individually and on behalf of all those similarly situated, by and through its undersigned counsel, and pursuant to *Rule 41(a)(1), Fed.R.Civ.P.*, hereby voluntarily dismiss Defendant, **FASHION NOVA, LLC.** from this action with Prejudice.

Dated: September 1, 2026

Respectfully Submitted,

*/s/ Joseph Varona, Esq.*

Joseph Varona, Esq.
Florida Bar No: 119812
E-mail: jv@plglawyersfl.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027
Phone: 305-506-4746

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: *<u>/s/ Joseph A. Varona, Esq.</u>*

Joseph A. Varona, Esq.
Florida Bar No: 119812