**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-60960-MIDDLEBROOKS

VICTORIA CORREA,

Plaintiff,

vs.

FASHION NOVA, LLC,

Defendant.
_____________________________________/

**ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed September 1, 2026. (DE 17). The Plaintiff previously filed a Voluntary Dismissal Without Prejudice on May 28, 2026, and accordingly, I closed the case. (DE 15, DE 16). Plaintiff now files this dismissal with prejudice. Given this posture, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) This case remains **CLOSED.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of September, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record